CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff, SCOTT JOHNSON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT JOHNSON**, <br><br> Plaintiff, <br><br> v. <br><br> **MARIA AMARANTE**, in individual and representative capacity as trustee of the Amarante Family Trust dated December 19, 2014; <br> **CHRISTINA MARIE AMARANTE-GONZALEZ**, in individual and representative capacity as trustee of the Amarante Family Trust dated December 19, 2014; <br> **ABMAC INDUSTRIES INC**., a California Corporation; and Does 1-10, <br><br> Defendants. | Case No.: 5:19-CV-03428-LHK <br><br> **NOTICE OF SETTLEMENT** |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case.

                                                  CENTER FOR DISABILITY ACCESS

Dated: October 4, 2019        By: /s/ Amanda Seabock
                                              Amanda Seabock
                                              Attorney for Plaintiff