1  CENTER FOR DISABILITY ACCESS
   Amanda Seabock, Esq., SBN 289900
2  Chris Carson, Esq., SBN 280048
   Dennis Price, Esq., SBN 279082
3  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
4  (858) 375-7385
   (888) 422-5191 fax
5  phylg@potterhandy.com
6  Attorneys for Plaintiff

7  JARRETT S. OSBORNE-REVIS (SBN: 28193)
   josbornerevis@buchalter.com
8  BUCHALTER
   A Professional Corporation
9  500 Capitol Mall, Suite 1900
   Sacramento, CA 95814
10 Telephone: (916) 945-5170
   Facsimile: (213) 896-0400
11 Attorneys for Defendants
12 Maria Amarante, Christina Marie Amarante-Gonzalez and ABMAC Industries Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>MARIA AMARANTE, in individual and representative capacity as trustee of the Amarante Family Trust dated December 19, 2014; CHRISTINA MARIE AMARANTE-GONZALEZ, in individual and representative capacity as trustee of the Amarante Family Trust dated December 19, 2014; ABMAC INDUSTRIES INC., a California Corporation; and Does 1-10,<br><br>Defendants. | Case: 5:19-CV-03428-LHK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 15, 2019     CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff

Dated: November 15, 2019     BUCHALTER

By: _____
Jarrett S. Osborne-Revis
Attorneys for Defendants
Maria Amarante, Christina Marie Amarante-Gonzalez and ABMAC Industries Inc.

2